CV13-6161

# VERDICT SHEET

(Page 1 of 1)

1. Do you find, by a preponderance of the evidence, that defendant UPS violated the New York City Code by subjecting plaintiff to a hostile work environment?

   YES ✓   NO _____

2. If so, what damages do you award?

   Compensatory 25,000   Punitive 25,000

3. Do you find, by a preponderance of the evidence, that defendant UPS violated the New York City Code by subjecting plaintiff to retaliation?

   YES ✓   NO _____

4. If so, what damages do you award?

   Compensatory 25,000   Punitive 25,000

**Signature of the Foreperson:** *John Albanese*

Date: 6/18/15

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 18 2015 ★

BROOKLYN OFFICE



1