UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TAMEEKA ROBERTS,

                Plaintiff,

– against –

UNITED PARCEL SERVICE, INC., *et al.*,

                Defendants.

**ORDER AND JUDGMENT**

13-CV-6161

**JACK B. WEINSTEIN**, Senior United States District Judge:

No timely objection having been taken to the magistrate judge's Report and Recommendation of March 16, 2016 (ECF No. 97), it is made the judgment of the court.

The clerk shall enter judgment for the plaintiff in the sum of $139,265.00 in reasonable attorneys' fees and $4,952.33 in costs, for a total award of $144,217.33.

Judgment shall be entered against United Parcel Service, Inc.

                                          SO ORDERED.

                                          Jack B. Weinstein
                                          Senior United States District Judge

April 6, 2016
Brooklyn, New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 0 8 2016 ★
BROOKLYN OFFICE

